# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| STEPHEN FARBER and JOHN MAISEL the personal representatives of the ESTATE OF RICHARD SEYMOUR,<br><br>    Plaintiffs,<br><br>v.<br><br>ATHENA OF S.C., LLC and TED DOUKAS,<br><br>    Defendants. | Case No. 3:23-cv-00214<br>JUDGE CRYTZER<br>Magistrate Judge McCook |

## MOTION BY ATHENA OF S.C., LLC FOR ENTRY OF FINAL JUDGMENT

COMES the Defendant Athena of S.C., LLC ("Athena"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 54, and moves this Court for entry of a Final Judgment as to the claims asserted against Athena as there is no just reason for delay. In support of this Motion, Athena relies on the accompanying Memorandum of Law and shows the following:

1. Athena was named as a Defendant in a Complaint filed by the Plaintiffs on June 20, 2023. The Plaintiffs filed an Amended Complaint on August 8, 2023.[1]

2. Athena (and co-defendant Doukas) filed a Motion to Dismiss the Amended Complaint on August 22, 2023, asserting that the Plaintiffs did not state a claim upon which relief could be granted. Specifically, Athena submitted that the Plaintiffs could not assert a Successor Liability claim and the remedy of Resulting Trust.

---

[1] Athena (and co-Defendant Ted Doukas) moved to dismiss the initial complaint under Fed. R. Civ. P. 12(b)(6). In response, the Plaintiffs filed an Amended Complaint.

3. On March 12, 2024, this Court entered a Memorandum Opinion and Order dismissing the Successor Liability claim against Athena, and the remedy of Resulting Trust.

4. The claims against Doukas survived the Motion to Dismiss. Therefore, less than all of the claims in this case have been dismissed.

5. Athena is the owner of real property at 601 Oak Ridge Turnpike, Oak Ridge, Tennessee.

6. As part of this case, the Plaintiffs filed a Lien Lis Pendens with the Anderson County Register of Deeds. (See document attached hereto as Exhibit "1").

7. The Plaintiffs no longer have a claim against Athena. The lis pendens constitutes a cloud on the title of the real property and impedes Athena from conducting business and doing what it sees fit with its property.

8. Theoretically, the lis pendens can remain an encumbrance and slander on Athena's title pending the resolution of the claims against Doukas. As noted in the accompanying Memorandum of Law, Athena cannot move to dissolve the lis pendens unless a final judgment is entered. A Final Judgment is both necessary and appropriate.

WHEREFORE for reasons set forth herein and those in the accompanying Memorandum of Law, the Defendant Athena of S.C., LLC moves this Court for entry of a final judgment as there is no just reason for delay.

Respectfully submitted this 8th day of July 2024.

/s/ Mark E. Brown
Mark E. Brown (BPR #021851)
MENEFEE & BROWN, P.C.
2633 Kingston Pike, Ste. 100
Knoxville, Tennessee 37919
Phone: (865) 357-9800
Fax: (865) 357-9810
email: mbrown@menefeebrown.com

*Attorney for the Defendant Athena of S.C., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2024 a true and exact copy of this document has been served via this Court's electronic filing system. Service is made on all parties appearing on this Court's electronic service certificate. All parties in interest may access this pleading via ECF.

<u>/s/ Mark E. Brown</u>
Mark E. Brown