UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN FARBER and JOHN MAISEL, the personal representatives of the ESTATE OF RICHARD SEYMOUR,<br><br>Plaintiffs,<br><br>v.<br><br>TED DOUKAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:23-cv-00214<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR JUDICIAL SETTLEMENT CONFERENCE

COME NOW, Plaintiffs, Stephen Farber and John Maisel, the personal representatives of the Estate of Richard Seymour ("Plaintiffs"), and move the Court to order a Judicial Settlement Conference to be conducted in this matter. In support of this Motion, Plaintiffs state as follows:

1. The parties in this case are not strangers to litigation with each other. In fact, Plaintiffs and entities owned and controlled by Ted Doukas ("Mr. Doukas") have already been to the Tennessee Court of Appeals twice. *See Farber v. Nucsafe, Inc.,* 2023 Tenn. App. LEXIS 103 (Ct. App. Mar. 15, 2023)*; Nucsafe, Inc. v. Farber,* 2024 Tenn. App. LEXIS 367 (Ct. App. Aug. 22, 2024).

2. This case is set for trial beginning on October 14, 2025 and there are currently two dispositive motions pending before the Court. *See* [Doc. 52]; [Doc. 54].

3. While the parties in this case have been in protracted litigation, they have never attempted any form of alternative dispute resolution.

4. Plaintiffs respectfully request the Court to refer this matter to a Judicial Settlement Conference before a United States District Court Magistrate. Plaintiffs further request that the Court order Mr. Doukas to attend the settlement conference.

5. This is the first Motion for Judicial Settlement Conference in this matter.

6. Because this case is set for trial beginning on October 14, 2025, Plaintiffs would request that the Court set the requested settlement conference as soon as possible to allow the trial to move forward if this matter does not resolve at the Judicial Settlement Conference. No party will be prejudiced by the relief sought in this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Stephen Farber and John Maisel, the personal representatives of the Estate of Richard Seymour, respectfully request that this Court order a Judicial Settlement Conference to be conducted in this matter and to further order Mr. Doukas to attend the Judicial Settlement Conference. Plaintiffs pray for such other further and general relief as they may be deemed entitled.

Respectfully submitted this 26th day of August, 2025.

> WOOLF, McCLANE, BRIGHT, ALLEN
> & CARPENTER, PLLC
>
> /s/ C. Gavin Shepherd
> C. Gavin Shepherd (BPR No. 033066)
> Post Office Box 900
> Knoxville, Tennessee 37901-0900
> (865) 215-1000
> gshepherd@wmbac.com
>
> *Attorneys for Stephen Farber and John Maisel, the personal representatives of the Estate of Richard Seymour*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      /s/ C. Gavin Shepherd
      Attorney